STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
KILBY MACFADDEN
SUE P. FAHAMI
Nevada Bar Number 5634
Assistant United States Attorneys
100 W. Liberty Street, Suite 600
Reno, NV 89501
PHONE: (775) 784-5438
FAX: (775) 784-5181
kilby.macfadden@usdoj.gov
sue.p.fahami@usdoj.gov

*Representing the United States of America*

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 6 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-CR-0114-LRH-VPC |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO SEAL INDICTMENT |
| DEVENDRA I. PATEL M.D., a.k.a., DEVENDRAKUMAR I. PATEL M.D., | |
| Defendant. | |

The United States of America, by and through its attorneys, STEVEN W. MYHRE, Acting United States Attorney for the District of Nevada, and KILBY MACFADDEN and SUE P. FAHAMI, Assistant United States Attorneys, hereby moves the Court for an order sealing this Motion and Order and the Indictment filed on December 6, 2017, until the above-named defendant has been arrested pursuant to the warrant issued in the above-captioned matter. The Order to Seal is requested as disclosure of the Indictment could undermine the ongoing

1

investigation led by investigators of the Drug Enforcement Administration and Federal Bureau of Investigation as to the illegal distribution of controlled substances by this defendant.

DATED this 6th day of December, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Kilby MacFadden*

KILBY MACFADDEN
SUE P. FAHAMI
Assistant United States Attorneys

## ORDER

Based upon the foregoing request, the Court hereby ORDERS that this Motion and Order and the Indictment shall be filed and kept under seal by the Clerk of the Court until the above-named defendant has been arrested pursuant to the warrant issued in the above-captioned matter, except that the employees of the United States Attorney's Office, Drug Enforcement Administration, or Federal Bureau of Investigation may obtain copies.

DATED this 6th day of December, 2017.

*/s/ Valerie P. Cooke*

VALERIE P. COOKE
United States Magistrate Judge