AO 442 (Rev. 11/11) Arrest Warrant

FILED ENTERED
RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 13 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

### SEALED

United States of America
v.

DEVENDRA I. PATEL

*Defendant*

)
)
)
)
)
)
)

3:17-CR-0114-LRH-VPC

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **DEVENDRA I. PATEL**                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   Title 21, United States Code, Section 841(a)(1) - Distribute a Controlled Substance (Counts 1 through 36); and
   Title 18, United States Code, Section 1347 - Health Care Fraud (Counts 37 through 39)

Date:   12/06/2017

                                                            _____
                                                                  *Issuing officer's signature*

City and state:   Reno, Nevada                              VALERIE P. COOKE, U.S. Magistrate Judge
                                                                  *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/12/2017, and the person was arrested on *(date)* 12/12/2017 at *(city and state)* Reno NV. |
| Date: 12/12/2017                                         _____ <br> *Arresting officer's signature* <br><br> SA BRIAN KEENEY <br> *Printed name and title* |