UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00114-LRH-CBC |
| Plaintiff, | ORDER |
| v. | |
| DEVENDRA I. PATEL, | |
| Defendant. | |

Before the court is defendant Devandra I. Patel's unopposed motion for an extension of time regarding his self-surrender date (ECF No. 49), in which defendant explains that recently hired appellate counsel will need his assistance in drafting an appellate brief and therefore requests a thirty-day extension of time. Counsel states that this extension of time regarding the self-surrender date is unopposed by government counsel. Based on these representations, and good cause appearing,

IT IS HEREBY ORDERED that defendant's motion (ECF No. 49) is GRANTED, and the self-surrender date by which defendant Devendra I. Patel needs to report to his designated federal correctional institution for his sentencing of 37 month's imprisonment is continued from August 6, 2019, to September 5, 2019, before 2:00 p.m.

IT IS SO ORDERED.

DATED this 5th day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE