UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00114-LRH-CLB |
| Plaintiff, | ORDER |
| v. | |
| DEVENDRA I. PATEL M.D., a.k.a., DEVENDRAKUMAR I. PATEL M.D., | |
| Defendant. | |

Before the court is petitioner/defendant Devandra I. Patel's Emergency Motion for Order Reducing Sentence or Modifying Judgment under 18 U.S.C. § 3582(c)(1)(A)(i) and Authorizing Any Remaining Portion of Dr. Patel's Sentence to be Served on Home Confinement (ECF No. 87) (commonly identified as a "motion for compassionate relief"). The government opposed the motion (ECF No. 91) and Patel timely replied (ECF No. 92).

In support of defendant's motion, defendant has filed under seal the defendant's Bureau of Prison's medical records in two filings (ECF Nos. 88 and 95) which the court has reviewed. In reviewing those records it appears that they are not current, not due to any failure of the defendant, but rather due in part to the delay experienced by the court due to a particularly heavy caseload. Such records cover the period from defendant's incarceration from October 3, 2019, through June 1, 2020. The court requests petitioner/defendant Patel to provide the court, under seal, with such medical records which may be available covering the period after June 2, 2020, through the most recent available date.

IT IS SO ORDERED.

DATED this 6th day of November, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE