# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Judgment Creditor,<br><br>    v.<br><br>DEVENDRA ISHWARBHAL PATEL,<br><br>        Judgment Debtor,<br><br>    and<br><br>ZIONS BANCORPORATION, N.A., dba Nevada State Bank, and its successors or assigns,<br><br>        Garnishee. | Case No. 3:17-CR-00114-LRH-CBC<br><br>**FINAL ORDER OF GARNISHMENT** |

    This matter is before the Court for entry of a Final Order of Garnishment, pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt property of Judgment Debtor, Devendra Ishwarbhal Patel.

    The United States filed an Application for Writ of Garnishment seeking any nonexempt property belonging to or owed to Judgment Debtor held by Zions Bancorporation, N.A., dba Nevada State Bank, its Successors or Assigns ("Garnishee"). A Writ of Garnishment was properly served on Garnishee, which filed an Answer stating it had in its possession, custody or control, personal property belonging to and due the Judgment Debtor in the form of a checking account with a balance of $23,882.47.

The Judgment Debtor was served with the Writ of Garnishment and notified of his right to claim an exemption or request a hearing. The Judgment Debtor did not request a hearing to determine exempt property.

Having considered the Application, Garnishee's Answer and noting that the Judgment Debtor has not exercised his right to request a hearing, the Court GRANTS the United States' Motion for Final Order of Garnishment and orders as follows:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Garnishee Zions Bancorporation, N.A., dba Nevada State Bank, shall pay to the United States within 15 days from the date of this final order all monies held in the name of Devendra Ishwarbhal Patel previously withheld by the Garnishee as nonexempt property in its possession belonging to Judgment Debtor in accordance with the Writ of Garnishment, up to the amount of debt owed by Judgment Debtor Devendra Ishwarbhal Patel.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Garnishee provide written notification to Judgment Debtor and the United States of the dates and amounts of the property delivered to the Clerk of the Court. The property received shall be applied to the judgment rendered in this matter.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that certified check(s) bearing case number 3:17-CR-00114-LRH-CBC shall be made payable and mailed to the Clerk of the Court, United States District Court for the District of Nevada, 333 Las Vegas Boulevard South, Suite 1334, Las Vegas, Nevada, 89101.

DATED this 2nd day of December, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE