Devendra I. Patel
_____

Name
_____

_____

Prison Number

Supervised Release
_____

Place of Confinement

```
_Filed _Received _Entered _Served On
        Counsel/Parties of Record

            JUN 2 8 2023

        Clerk US District Court
          District of Nevada
By:_____Deputy
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CASE NO._____ |
| | ) | (To be supplied by the Clerk) |
| vs. | ) | |
| | ) | MOTION PURSUANT TO |
| | ) | 28 U.S.C. §2255 TO VACATE, |
| | ) | SET ASIDE OR CORRECT |
| Devendra I. Patel M.D. | ) | SENTENCE BY A PERSON IN |
| _____, Movant. | ) | FEDERAL CUSTODY |
| _____ | ) | |

(If movant is attacking a sentence based on a federal conviction to be served in the **future**, the motion should be filed in the federal court which entered the judgment.)

1) Name and location of the court which entered the judgment of conviction under attack: District of Nevada (Reno)_____
   _____.

2) Date judgment of conviction was entered: 05/09/2019_____.

3) Case number: 3:17-cr-00114-LRH-CLB-1_____.

4) Length and terms of sentence: 37 months imprisonment; 3 years supervised release
   _____
   _____
   _____

1

5)   Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion?
     Yes ☐     No ☒

6)   Name of the judge who imposed sentence under attack in this motion:_____
     __Larry R. Hicks_____

7)   Nature of the offense involved (all counts):_____
     __Distribution of controlled substances_____
     _____
     _____

8)   What was your plea? **(check one)**
          a)    Not Guilty ☐     b) Guilty ☒        c) Nolo Contendere ☐

9)   If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement:__Government dismissed Counts 2-39 of indictment,__
     _____agreed on Guidelines range applicable to Count 1__
     _____

10)  If you were found guilty after a plea of not guilty, was the finding made by: **(check one)**

     a) A jury ☐        b) A judge without a jury ☐

11)  Did you testify at trial (if any)?    Yes ☐        No ☐

12)  Did you **appeal** from the judgment of conviction? Yes ☒        No ☐

13)  If you did appeal, answer the following:

     a)    State the name and location of the court where the appeal was filed, the result, the case number and the date of the court's decision (or attach a copy of the court's opinion or order):
           __Ninth Circuit Court of appeals; judgment affirmed; 19-10171, May 21, 2020__
           _____

     b)    State the issues raised:__Sentencing issues_____
           _____
           _____
           _____

14)  If you did not appeal, explain briefly why you did not:_____

2

_____
_____
_____
_____

15)   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed in any federal court any petitions, applications or motions with respect to the judgment under attack in this motion?  Yes ☐     No ☒

16)   If your answer to question 15 was "Yes", give the following information:

a)   As to the first petition, application or motion:

1) Name of court:_____

2) Nature of proceeding:_____

3) Issues raised:_____
_____
_____
_____

4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ☐     No ☐

5) Result:_____

6) Date of result:_____
7) Did you appeal the result to the federal appellate court having jurisdiction? Yes ☐   No ☐   If you did appeal, give the name of the court where the appeal was filed, the result, the case number,  citation and date of the court's decision (or attach a copy of the court's opinion or order):_____
_____
_____

8) If you did not appeal, briefly explain why you did not:
_____
_____
_____

b)   As to any second petition, application or motion, give the following information:

1) Name of court:_____

2) Nature of proceeding:_____
3) Issues raised:_____

_____

_____

_____

4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ☐     No ☐

5) Result:_____

6) Date of result:_____

7) Did you appeal the result to the federal appellate court having jurisdiction? Yes ☐  No ☐  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order): _____

_____

_____

_____

8) If you did not appeal, briefly explain why you did not:

_____

_____

_____

c) As to any third petition, application or motion, give the following information:

1) Name of court:_____

2) Nature of proceeding:_____
3) Issues raised:_____

_____

_____

_____

4) Did you receive an evidentiary hearing on your petition, application or motion?  Yes ☐     No ☐

5) Result:_____

6) Date of result:_____

7)    Did you appeal the result to the federal appellate court having jurisdiction? Yes ☐ No ☐ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order): _____

_____

_____

_____

8)    If you did not appeal, briefly explain why you did not:

_____

_____

_____

17)    State **concisely** every ground on which you claim that you are being held unlawfully. Summarize **briefly** the **facts** supporting each ground. If necessary, you may attach up to two extra pages (8 ½" x 11") stating additional grounds or supporting facts. You should raise in this motion all available grounds for relief which relate to the conviction under attack.

a)    Ground One: Ineffective Assistance of Counsel for letting me sign a plea agreement without understanding the elements of the crime

_____

1)    Supporting facts (tell your story briefly without citing legal authority or argument):

The Supreme Court recently decided Ruan v. United States, 142 S. Ct. 2370 (2022), which held that in order for the government to convict physicians, who are authorized to issue prescriptions for controlled substances, of unlawfully distributing or dispensing controlled substances, the government must prove that the physician issued prescriptions that they KNEW TO BE UNAUTHORIZED. This is completely different from what my attorney told me was required for conviction. I did not understand what the elements of the charges against me were because my lawyer did not tell me. He misled me and let me plead guilty anyway.

2)    Has this ground been previously presented to any federal court by way of petition for writ of habeas corpus, motion pursuant to 28 U.S.C. § 2255, or any other petition, motion or application?
Yes ☐       No ☒

a)    If your answer is "Yes", indicate which type of proceeding you used to present this ground:_____

5

b)     If your answer is "No", state briefly your reason(s) for not presenting this ground:_____

I only recently became aware of what the law was.

b)    Ground Two: Plea agreement and plea colloquy did not properly state the elements of the offense

1)    Supporting facts (tell your story briefly without citing legal authority or argument):

I was convicted because I admitted that I distributed oxycodone outside the usual course of professional practice and not for a legitimate medical purpose. I now know that the law actually requires me to know that the prescriptions I issued were not authorized at the time I wrote them, in order to be guilty. This element was completely omitted from my plea agreement and from the plea hearing with the judge. I did not know or believe that the prescriptions were actually unauthorized and therefore I should not have been convicted.

2)    Has this ground been previously presented to any federal court by way of petition for writ of habeas corpus, motion pursuant to 28 U.S.C. §2255, or any other petition, motion or application?
Yes ☐      No ☒

a)    If your answer is "Yes", indicate which type of proceeding you used to present this ground:_____

b)    If your answer is "No", state briefly your reason(s) for not presenting this ground: The Ruan decision had not been decided
yet

c)    Ground Three: _____

1)     Supporting facts (tell your story briefly without citing legal authority or argument):

2)     Has this ground been previously presented to any federal court by way of petition for writ of habeas corpus, motion pursuant to 28 U.S.C. §2255, or any other petition, motion or application?  Yes ☐   No ☐

    a)    If your answer is "Yes", indicate which type of proceeding you used to present this ground:_____

    b)    If your answer is "No", state briefly your reason(s) for not presenting this ground:_____

d)    Ground Four:_____

1)     Supporting facts (tell your story briefly without citing legal authority or argument):

2)     Has this ground been previously presented to any federal court by way of petition for writ of habeas corpus, motion pursuant to 28 U.S.C. §2255, or any other petition, motion or application? Yes ☐   No ☐

       a)     If your answer is "Yes", indicate which type of proceeding you used to present this ground:_____

       b)     If your answer is "No", state briefly your reason(s) for not presenting this ground:_____

18)     Do you have any petition, application, motion or appeal now pending in any court regarding the conviction under attack? Yes ☐ No ☒ If "Yes", state the name of the court and the nature of the proceeding: _____

19)     Were you represented by an attorney at any time during the course of your arraignment and plea, trial (if any), sentencing, appeal (if any), or during the preparation, presentation or consideration of any petitions, motions or applications which you filed with respect to this conviction? Yes ☒ No ☐ If "Yes", state the name(s) and address (es) of any such attorney(s), the proceedings in which you were so represented and whether said attorney(s) was/were of your own choosing or if appointed by the court: Lance A Maningo,400 S. 4th Street Ste 650 Las Vegas, NV for plea and sentencing, chosen by me.

Stephen Neal Preziosi , 48 Wall Street, 11th Floor, New York, NY for appeal, chosen by me.

Wherefore, movant prays that the court grant him such relief to which he may be entitled in this proceeding.

_____         _____

Signature of Attorney (if any)

Signature of Movant

53 West Jackson Blvd Suite 1410

Chicago IL 60604

(Attorney's full address and telephone number.)

(312) 765-8878

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the movant in the above action, that he has read the above pleading and that the information contained therein is true and correct.
28 U.S.C. § 1746.  18 U.S.C. § 1621.

Executed at ___Chicago___ on ___6/27___, 20 23
              (Location)                  (Date)

(Signature)

9

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. © U.S. Postal Service; May 2020. All rights reserved.

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS** ®

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE ( )

Law Office of Beau Brindley
53 West Jackson Blvd Suite 1410
Chicago IL 60604

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED (Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

US District Court Clerk
400 South Virginia Street
Room 201
Reno NV 89501

ZIP + 4® (U.S. ADDRESSES ONLY)

89501

☞ PEEL FROM THIS CORNER

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE

PAYMENT BY ACCOUNT (If applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code   ☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

Date Accepted (MM/DD/YY)   Scheduled Delivery Date (MM/DD/YY)   Postage
$

Time Accepted   ☐ AM   ☐ PM   Scheduled Delivery Time ☐ 6:00 PM   Insurance Fee
$   COD Fee
$

Special Handling/Fragile   Sunday/Holiday Premium Fee   Return Receipt Fee   Live Animal Transportation Fee
$   $   $   $

Weight   ☐ Flat Rate   Acceptance Employee Initials   Total Postage & Fees
lbs.   ozs.   $

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY)   Time   ☐ AM   ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM   ☐ PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

EI 079 600 471 US

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**UNITED STATES POSTAL SERVICE** ®

XRAYED US MARSHALS SERVICE

EP13L May 2020
OD: 15 x 9.5

POSTAGE
$28.95
ME 1-DAY
0604
Date of sale
3/27/23
XSS
818060155

9.30 oz
RDC 07   C091

1-DAY®

NG NBR

EMS