PROBATION FORM NO. 35　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/
(1/92)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Crim No. 3:17CR00114

Devendra I. Patel

On May 7, 2019 the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. The Assistant United States Attorney's Office has no opposition to Patel's early termination. It is accordingly recommended that he/she be discharged from supervised release.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2024.04.05 13:10:04 -07'00'

Briana Casey
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 5th day of April, 2024

Larry R. Hicks
United States District Judge